UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                    :        Chapter 13
                                          :
Anita Carrington                          :        Bankruptcy No. 09-19499
                                          :
                                          :
Debtor                                    :

## O R D E R

**AND NOW**, upon consideration of the Motion to Restrict Access and Authorize Filing of

Replacement Motion for Relief from Automatic Stay and Proof of Claim filed by **Citizens Bank**;

**AND**, the Court concluding that the subject Motion for Relief from Automatic Stay and

Proof of Claim (including attachments) fails to comply with Fed. R. Bankr. P. 9037;

It is therefore **ORDERED** that:

1.  This Motion is **GRANTED**.

2.  The Clerk **SHALL PROHIBIT PUBLIC ACCESS to Docket Number 19 and

    Claim Number 2-1 and 3-1 on the Court's Docket and Claims Register

    forthwith**.

3.  **Citizens Bank** shall file redacted copies of the documents(s) identified in Paragraph 2

    above within 14 days from the date of the entry of this Order.

_____
UNITED STATES BANKRUPTCY JUDGE

Dated:

**Date: March 29, 2017**