United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Anita Carrington  
    Debtor

Case No. 09-19499-jkf  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: Stacey    Page 1 of 1    Date Rcvd: Mar 29, 2017  
                   Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 31, 2017.  
db          +Anita Carrington,    3600 Conshohocken Avenue,    Unit 505,    Philadelphia, PA 19131-5309

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.        TOTAL: 0

       ***** BYPASSED RECIPIENTS *****  
NONE.        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 31, 2017            Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 29, 2017 at the address(es) listed below:  
       ADAM L KAYES    on behalf of Creditor    OneWest Bank, FSB cblack@udren.com  
       ANDREW F GORNALL    on behalf of Creditor    OCWEN LOAN SERVICING, LLC agornall@kmllawgroup.com, bkgroup@kmllawgroup.com  
       CHRISTOPHER A. DENARDO    on behalf of Creditor    Chase Home Financial LLC, et al pabk@logs.com  
       DEAN E. WEISGOLD    on behalf of Creditor    River Park House Owners Association weisgoldlaw@aol.com, 2rainman@comcast.net  
       KERI P EBECK    on behalf of Creditor    Citizens Bank of Pennsylvania kebeck@weltman.com, jbluemle@weltman.com  
       LEEANE O. HUGGINS    on behalf of Creditor    JPMorgan Chase Bank, National Association et al. pabk@logs.com  
       LORRAINE GAZZARA DOYLE    on behalf of Creditor    OneWest Bank, FSB ldoyle@udren.com, vbarber@udren.com  
       MARGUERITE LENET THOMAS    on behalf of Creditor    OneWest Bank, FSB cblack@udren.com  
       MICHAEL A. CATALDO2    on behalf of Debtor Anita Carrington ecf@ccpclaw.com, igotnotices@ccpclaw.com  
       MICHAEL A. CIBIK2    on behalf of Debtor Anita Carrington ecf@ccpclaw.com, igotnotices@ccpclaw.com  
       THOMAS R. WASKOM    on behalf of Creditor    Citizens Bank kbell@hunton.com  
       THOMAS R. WASKOM    on behalf of Creditor    Citizens Bank of Pennsylvania kbell@hunton.com  
       United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
       WILLIAM C. MILLER    ecfemails@ph13trustee.com, philaecf@gmail.com  
                                                 TOTAL: 14

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| | : | |
| Anita Carrington | : | Bankruptcy No. 09-19499 |
| | : | |
| | : | |
| Debtor | : | |

**O R D E R**

**AND NOW**, upon consideration of the Motion to Restrict Access and Authorize Filing of Replacement Motion for Relief from Automatic Stay and Proof of Claim filed by **Citizens Bank**;

**AND**, the Court concluding that the subject Motion for Relief from Automatic Stay and Proof of Claim (including attachments) fails to comply with Fed. R. Bankr. P. 9037;

It is therefore **ORDERED** that:

1. This Motion is **GRANTED**.

2. The Clerk **SHALL PROHIBIT PUBLIC ACCESS to Docket Number 19 and Claim Number 2-1 and 3-1 on the Court's Docket and Claims Register forthwith**.

3. **Citizens Bank** shall file redacted copies of the documents(s) identified in Paragraph 2 above within 14 days from the date of the entry of this Order.

_____
UNITED STATES BANKRUPTCY JUDGE

Dated:

**Date: March 29, 2017**